IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIFFINI BROWN, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | |
| ] | CV-12-BE-3954-S |
| CRST MALONE, INC., ] | |
| ] | |
| Defendant. ] | |
| ] | |

## ORDER

This matter is before the court on "Motion for Summary Judgment of Defendant CRST-Malone, Inc." (Doc. 23). For the reasons stated in the Memorandum Opinion, filed contemporaneously with this Order, the court GRANTS in PART and DENIES in PART the motion. More specifically, the court ORDERS as follows:

•   the court DENIES the motion as to the claims in Count One for discrimination based race and/or gender, brought pursuant to Title VII;

•   the court GRANTS the motion as to the claims in Count One for hostile work environment based on race and/or gender, brought pursuant to Title VII;

•   the court DENIES the motion as to the claims in Count Two for discrimination based on race, brought pursuant to § 1981;

•   the court GRANTS the motion as to the claims in Count Two for hostile work environment based on race, brought pursuant to § 1981;

•   the court GRANTS the motion as to the claims for retaliation brought pursuant to Title

1

VII and § 1981.

The court will proceed to trial with the claims of discrimination based on race, brought pursuant to § 1981, and discrimination based on race and/or gender, brought pursuant to Title VII.

DONE and ORDERED this 17th day of August, 2014.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE